Cite as 2026 Ark. 108

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE CREATION OF RULE 412 OF THE ARKANSAS RULES OF EVIDENCE | **Opinion Delivered:** June 4, 2026 |

**PER CURIAM**

The Arkansas Supreme Court's Committee on Civil Practice submitted this recommendation for the creation of Rule 412 of the Arkansas Rules of Evidence. *See In re Creation of Rule 412 of the Ark. Rules of Evid.*, 2026 Ark. 18 (per curiam). It was published for comment, and we now adopt the new rule, effective as of the date of this per curiam.

We thank the Committee members for their work on this project.

**Arkansas Rules of Evidence**

**Rule 412. Past necessary medical care, treatment, or services.**

(a) Evidence of costs is not admissible to prove the reasonable value of past necessary medical care, treatment, or services received unless those costs were actually paid by or on behalf of the plaintiff or the costs remain unpaid, and the plaintiff or any third party is legally responsible to pay them.

(b) For purposes of this rule the term "plaintiff" means the person who received the past necessary medical care, treatment, or services for which damages are sought.

**Reporter's Note**: The actual medical costs that are required to be paid, or which have been paid, remain relevant evidence. Evidence of medical costs that a provider or insurance carrier has agreed not to collect is inadmissible.

WEBB, J., not participating.